NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMRANPAL SINGH, | Civil Action No. 17-11816 (JMV) |
| Petitioner, | |
| v. | **OPINION** |
| ERIC TAYLOR, | |
| Respondent. | |

APPEARANCES:

MELINDA M. BASARAN, Esq.
1061-1063 Main Street
Paterson, N.J. 07503
    On behalf of Petitioner

ALLEN B.K. URGENT
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
    On behalf of Respondent

**VAZQUEZ**, United States District Judge

    Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on November 20, 2017. (ECF No. 1.) He alleges a violation of his right to due process based on prolonged detention in the custody of Immigration and Customs Enforcement at Hudson County Correctional Center since February 3, 2017. ("ICE"). (*Id.* at 2.)

    Respondent submitted a letter response to the petition on December 12, 2017. (ECF No. 4.) Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner with a bond hearing, in accordance with 8 C.F.R. § 1003.19(c). The Court will, therefore, grant

the habeas petition and order Respondent to provide Petitioner with a bond hearing. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)

An appropriate Order follows.

Date: December 13, 2017
At Newark, New Jersey

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge
